**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**101 East Front Street, Suite 401**
**Missoula, MT 59801**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542-8851**
**E-Mail:  Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MIGUEL ANGEL LOZADA-DOMINGUEZ,** Defendant. | **CR 25-21-M-DWM** **SENTENCING MEMORANDUM** |

### INTRODUCTION

Miguel Angel Lozada-Dominguez pleaded guilty to Illegal Reentry in violation of 8 U.S.C. § 1326(a). PSR ¶ 6. The presentence investigation report has calculated an advisory Guideline range of zero to six months, based on a total

1

offense level of 6 and a criminal history category of I. PSR ¶ 35. The United States will recommend a sentence of six months.

## THE OFFENSE

On April 7, 2025, Border Patrol Agent Intelligence Jared Watson observed a male at the Travel Plaza in St. Regis, Montana, who appeared to be approaching bystanders while holding a notebook with handwritten English phrases and seemingly attempting to solicit money. PSR ¶ 11. The male was later identified as Miguel Angel Lozada-Dominguez. BPA Watson approached him after observing his behavior for several minutes. PSR ¶ 11. Lozada-Dominguez stated he had only a Mexican identification card and made no claim to United States citizenship or lawful status. PSR ¶ 11. His identity was confirmed. His history showed a prior removal order execute don January 25, 2019. PSR ¶ 11. He also had a criminal conviction for illegal reentry in 2019. PSR ¶ 11.

## CRIMINAL HISTORY AND RELEVANT CHARACTERISTICS

The attached documents from the investigation discuss some of Lozada-Dominguez's relevant characteristics for this Court to consider when weighing the sentencing factors in 18 U.S.C. § 3553(a)(2). During an interview with Border Patrol, Lozada-Dominguez admitted he was a member of the Cartel Jalisco New Generation (CJNG). (Lozada-Dominguez Interview Report, April 8, 2025, filed under seal as Exhibit 1-1.) Lozada-Dominguez admitted to committing acts of

2

violence such as engaging in gunfights and removing the teeth of the dead to present to Santa Muerte, the Angel of Death. (Exhibit 1-3, 1-4.) Lozada-Dominguez previously came to the United States in 2019 because he did not want to be part of the cartel anymore. (Exhibit 1-1.) However, he returned to Mexico in 2024 for "favors," which he described as hiding something. (Exhibit 1-1, 1-2.) Lozada-Dominguez later stated he was with the CJNG for six years since he left to the United States in October 2024. (Exhibit 1-3.) Lozada-Dominguez stated he didn't know if he killed anyone, but when they would fight, they left no survivors. (Exhibit 1-3.) Later in the interview, he stated that he killed men but doesn't know how many. (Exhibit 1-4.) On his recent return to the United States, he was working for his aunt in Wisconsin and was getting paid "under the table." (Exhibit 1-2.)

## RECOMMENDATION

Title 18 U.S.C. § 3553(a)(2) requires the Court to "impose a sentence sufficient, but not greater than necessary" in light of the following factors:

- reflect the seriousness of the offense
- promote respect for the law
- provide just punishment
- afford adequate deterrence to criminal conduct
- protect the public from further crimes of the defendant

3

- provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

The Court is also required to consider the nature and circumstances of the offense and the history and characteristics of the defendant, the kinds of sentences available, the sentencing guidelines and policy statements, to avoid unwarranted sentencing disparities, and to provide for restitution to victims.  18 U.S.C. § 3553(a)(1), (3)-(7).

Based on Lozada-Dominguez's history and characteristics, a sentence at the high end of the guideline range of six months is sufficient but not greater than necessary to satisfy the requirements of 18 U.S.C. § 3553(a).

DATED this 24th day of June, 2025.

KURT G. ALME
United States Attorney

*/s/ Jennifer S. Clark*
Assistant U.S. Attorney
Attorney for Plaintiff